

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Mauro E. Aguero | * | Case No.   07-11301-TJC |
| | * | Chapter   7 |
| | * | |
| | * | Creditor  - Mazda American Credit |
| | * | |
| Debtor(s). | * | Reaffirmation  - 20 |

**DETERMINATION OF NO UNDUE HARDSHIP
BY REBUTTAL IN WRITING OF PRESUMPTION**

Upon review of the above identified Reaffirmation Agreement and the court finding that no hearing is necessary for this determination, it is by the United States Bankruptcy Court for the District of Maryland,

Determined that the presumption of undue hardship has been rebutted by the debtor's written statement.

cc:    Debtor(s)
        Debtor(s) Counsel  - Young John Kong, Esquire
        Creditor - Mazda American Credit
        Trustee - Merrill Cohen

**End Of Order**

Reaff- 34.6  - 2/9/07 (S.M. 4/2/07)